Dismissed and Memorandum Opinion filed February 12, 2009








Dismissed
and Memorandum Opinion filed February 12, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00046-CV

____________

 

UNIFUND CCR PARTNERS, Appellant

 

V.

 

MARGARET P. KILLIAN, Appellee

 



 

On Appeal from the
County Civil Court at Law No. 3

Harris County,
Texas

Trial Court Cause
No. 916136

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed October 2, 2008.  On February 6, 2009, appellant
filed an agreed motion to dismiss the appeal and vacate the judgment below.   See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.  The trial court=s judgment is ordered vacated and the
case dismissed with prejudice.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices
Anderson and Seymore.